**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Marcel BARNES, a/k/a Larry Kevin Brown, Defendant–Appellant.**

**No. 08–6767.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 19, 2008.

Decided: July 10, 2008.

Marcel Barnes, Appellant Pro Se. Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcel Barnes appeals the district court's orders denying Barnes' 18 U.S.C. § 3582(c)(2) (2000) motion and clarifying that order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Barnes*, No. 2:94–cr–00052–RBS–3 (E.D.Va. Apr. 9, 2008 & May 14, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*